# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| SHANNA RILEY, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES FIRE INSURANCE COMPANY and TRIP MATE, INC., )<br>)<br>Defendants. ) | No. 4:21-CV-00192-DGK |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 31) is GRANTED.


February 8, 2022               Paige Wymore-Wynn
Dated                           Clerk of Court

February 10, 2022              /s/ Tracy Strodtman
Entered                         (by) Deputy Clerk